3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| IN RE GRAND JURY SUBPOENA | * | |
| OF DOCUMENTS FROM EVELON DALE | * | MISC. NO. B-99-37 |

## ORDER

On this day came for review Petitioner's Motion To Withdraw Motion to Quash Grand Jury Subpoena, and after due consideration, it is hereby ORDERED that said Motion be in all things (GRANTED) (~~DENIED~~).

Signed and Entered, this ____ day of ~~December, 1999~~ January 2000.

_____
UNITED STATES DISTRICT JUDGE